UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MARTIR,<br><br>        Petitioner,<br><br>    v.<br><br>A. LIZARRAGA, Warden,<br><br>        Respondent. | Case No.  15-cv-00948-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 4 |

Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED.  Respondent shall file his answer to the petition no later than **October 19, 2015**.  Within **thirty-five (35) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 4.

**IT IS SO ORDERED.**

Dated:   8/20/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge