UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL MARTIR,

    Petitioner,

v.

A LIZARRAGA,

    Respondent.

Case No. 15-cv-00948-HSG

**JUDGMENT**

    For the reasons stated in the Order Denying Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge